UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
__Northern__ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Anthony Joseph Letizia
Inmate # H28514
(Enter full name of Plaintiff)

vs.

CASE NO: 4:11cv39-MP/WCS
(To be assigned by Clerk)

Osceola County Sheriff Dept,
Agent Robert Oleson, Agent Glenn Gilbert,
Agent David Garcia, Agent Claude Campbell,
Sergant Ryan Berry,
Agent Marc Micale

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Anthony Joseph Letizia
Inmate Number: H28514
Prison or Jail: Taylor CI
Mailing address: 8629 Hampton Springs Road, Perry, Florida 32348

II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Robert Oleson
Official position: Agent
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, Fl. 34744

(2) Defendant's name: David Garcia
Official position: Agent
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, Fl. 34744

(3) Defendant's name: Ryan E Berry
Official position: Sergeant
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, Fl. 34744

ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

(4) Defendant's name: Glenn Gilbert
Official position: Agent
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, fl, 34744

(5) Defendant's name: Claude Campbell
Official position: Agent
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, fl, 34744

(6) Defendant's name: Marc Micale
Official position: Agent
Employed at: Osceola Co. Sheriff's Office
Mailing address: 2601 E Irlo Bronson Memorial Hwy Kissimmee, fl, 34744

III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in state court dealing with the same or similar facts/issues involved in this action?
   Yes( )   No(✓)

   1. Parties to previous action:
      (a) Plaintiff(s): _____
      (b) Defendant(s): _____
   2. Name of judge: _____ Case #: _____
   3. County and judicial circuit: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____
   7. Facts and claims of case: _____

   (Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in federal court dealing with the same or similar facts/issues involved in this action?
   Yes( )   No(✓)

   1. Parties to previous action:
      a. Plaintiff(s): _____
      b. Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____ Case #: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )          No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )          No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On November 11, 2009 at 7:29 pm, I was the target of an undercover reverse sting operation. I pulled into the parking lot at 2925 International Drive, Kissimmee, Florida.

I exited my vehicle and entered the undercover vehicle in where I engaged the confidential informant (Steve Rubino) and O.C.T.B Agent Robert Oleson, posing as a drug dealer. After inspecting the narcotics, from Agent Oleson he asked me, "if I had a gun" while simultaneously reaching for my waist band. I pushed his hand away from making contact with me. Agent Oleson then jumped out of the undercover vehicle, leaving the front driver side door open.

I then took the hand gun out from under my shirt and directly placed the gun on the car floor board in front of my seat.

I proceeded to put my hands up, stating to the confidential informant (Steve Rubino) who was in the back seat of the undercover vehicle "I'm not trying to rob you, tell your friend to get back in the car"

5

moments later, while my hands were still raised, Agent Oleson fired 2 shots into the open door of the undercover vehicle. Striking me (Anthony Letizia) once in the right shoulder? I was removed from the undercover vehicle, I was punced and kicked repeatly by the assisting officers of the sting operation. Agents David Garcia, Glenn Gilbert, Marc Micale, Claude Campbell, and Sergent Ryan Berry. Arrest photos were taken on Nov 12 at approximatly 3am at the Osceola county Jail the case number from this incident that took place on Nov 11, 2009 #2009 cf 004495. Although I do not beleave there is audio or video of the beating, there is a audio/video from inside the undercover vehicle, operating during the sting operation.

VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Violation of the 8th admendment excessive use of "Deadly force"

VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

5,000,000 Dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

1-20-11
(Date)

_Anthony Lil?_
(Signature of Plaintiff)

IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 20 day of Jan, 20 11.

_Anthony Lil?_
(Signature of Plaintiff)

Revised 03/07

7

N Dowling
NOTARY PUBLIC-STATE OF FLORIDA
Nancy Dowling
Commission # DD818146
Expires: SEP. 19, 2012
BONDED THRU ATLANTIC BONDING CO., INC.